UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>       -vs-<br><br>SCOTT JAMES MARTIN,<br><br>                              Defendant. | No.   2: 11-CR-0006-WFN-1<br><br>ORDER ON MOTION FOR REDUCTION OF SENTENCE |

Pending before the Court is Defendant's Motion for Reduction of Sentence. ECF No. 63. On April 26, 2012, Defendant entered into a Rule 11(c)(1)(C) Plea Agreement wherein he and the Government agreed to a sentence of 180 months incarceration, the mandatory minimum sentence. ECF No. 44. The Court imposed the agreed sentence. ECF No. 58. In cases where there is a statutory mandatory minimum sentence, the Court is generally required to impose the mandatory minimum. Defendant has not alleged any legal support deviating from the mandatory minimum post-conviction. The Court can see no legal basis supporting Defendant's Motion for Reduction of Sentence. The Court has reviewed the file and Defendant's Motion and is fully informed. Accordingly,

**IT IS ORDERED** that Defendant's Motion for Reduction of Sentence, filed February 19, 2016, **ECF No. 63,** is **DENIED.**

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** *pro se* Defendant.

**DATED** this 1st day of March, 2016.

03-01-16

                              s/ Wm. Fremming Nielsen
                              WM. FREMMING NIELSEN
                              SENIOR UNITED STATES DISTRICT JUDGE

ORDER